**Electronically Filed**
**Supreme Court**
**SCWC-30239**
**22-NOV-2011**
**09:46 AM**

SCWC-30239

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JANE DOE,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

JOHN DOE,
Respondent/Defendant-Appellee/Cross Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30239; FC-D NO. 06-1-337K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant/Cross-Appellee, Jane Doe's

Application for Writ of Certiorari filed on October 17, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 22, 2011.

| | |
|---|---|
| Michael S. Zola for petitioner/plaintiff/appellant/ cross-appellee on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| William C. Darrah and Peter Van Name Esser for respondent/ defendant-appellee/cross-appellant on the response | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |

